# EXHIBIT A

## PLAINTIFF'S CERTIFICATION

**John Arden Ahnefeldt** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.     Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.     During the three years prior to the date of this Certificate,   Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _____5_____ day  of  July 2020.

_John Arden Ahnefeldt (signature)_

**John Arden Ahnefeldt**

**SCHEDULE A TO CERTIFICATION OF JOHN ARDEN AHNEFELDT**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 09/20/19 | 10,000 | $1.93 |
| 09/20/19 | 10,000 | $2.44 |
| 09/20/19 | 10,000 | $2.60 |
| 09/20/19 | 10,000 | $2.70 |
| 12/13/19 | 10,000 | $0.79 |
| 12/13/19 | 20,000 | $0.79 |
| 12/13/19 | 6,000 | $0.78 |
| 12/13/19 | 10,000 | $0.78 |
| 12/13/19 | 3,200 | $0.78 |
| 12/13/19 | 800 | $0.78 |
| 01/17/20 | 10,000 | $0.72 |

## PLAINTIFF'S CERTIFICATION

**Robert Brower, Jr.** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate,   Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _____6th_____ day  of July 2020.

*Robert S Brower, Jr.*

**Robert Brower, Jr.**

**SCHEDULE A TO CERTIFICATION OF ROBERT BROWER, JR.**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 10/18/19 | 2,500 | $2.41 |
| 10/18/19 | 2,500 | $2.22 |
| 10/21/19 | 2,500 | $2.74 |
| 10/21/19 | 2,000 | $2.38 |
| 10/21/19 | 5,000 | $2.14 |
| 10/21/19 | 500 | $2.07 |
| 10/22/19 | 1,750 | $1.84 |
| 10/22/19 | 5,000 | $1.68 |
| 10/23/19 | 2,000 | $1.68 |
| 10/23/19 | 250 | $1.70 |
| 10/25/19 | 5,000 | $1.68 |
| 10/25/19 | 2,500 | $1.66 |
| 10/31/19 | 500 | $1.63 |
| 11/04/19 | 2,000 | $1.73 |
| 11/07/19 | 3,825 | $1.37 |
| 11/08/19 | 24 | $1.03 |
| 11/11/19 | 6,150 | $0.89 |
| 11/12/19 | 10,000 | $0.76 |
| 12/16/19 | 5,000 | $0.75 |
| 12/24/19 | 2,500 | $1.11 |
| 12/30/19 | 5,000 | $1.08 |
| 12/30/19 | 5,000 | $1.05 |
| 12/30/19 | 5,000 | $1.04 |
| 12/30/19 | 3,250 | $0.79 |
| 12/30/19 | 1,000 | $0.70 |
| 12/30/19 | 6,000 | $0.59 |
| 12/30/19 | 50 | $0.68 |
| 12/30/19 | 5,000 | $0.61 |
| 12/30/19 | 5,610 | $0.63 |
| 12/30/19 | 75 | $0.64 |
| 12/31/19 | 39 | $0.67 |
| 01/02/20 | 3,400 | $0.61 |
| 01/02/20 | 6 | $0.65 |
| 01/02/20 | 15 | $0.64 |
| 01/02/20 | 3 | $0.63 |
| 01/03/20 | 2 | $0.67 |

**Sales**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 10/18/19 | 2,500 | $2.34 |
| 10/21/19 | 1,499 | $2.55 |
| 12/27/19 | 7,500 | $1.41 |
| 12/27/19 | 10,000 | $1.45 |
| 12/30/19 | 5,000 | $1.66 |
| 01/23/20 | 29,450 | $0.20 |
| 01/23/20 | 45,000 | $0.19 |

## PLAINTIFF'S CERTIFICATION

**Robert Brower, Sr.** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate,   Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of July 2020.

_____
Robert Brower, Sr.

**SCHEDULE A TO CERTIFICATION OF ROBERT BROWER, SR.**

**Purchases**

| Date | Number of Shares | Price per share |
|---|---|---|
| 09/27/19 | 1,000 | $2.01 |
| 10/18/19 | 2,000 | $2.45 |
| 10/21/19 | 1,000 | $2.80 |
| 10/21/19 | 2,000 | $2.12 |
| 10/22/19 | 2,000 | $1.85 |
| 10/24/19 | 5,000 | $1.70 |
| 10/31/19 | 10,000 | $1.62 |
| 10/31/19 | 1,961 | $1.61 |
| 10/31/19 | 3,039 | $1.61 |
| 11/07/19 | 5,000 | $1.40 |
| 11/11/19 | 2,000 | $0.94 |
| 11/11/19 | 2,000 | $0.89 |
| 11/12/19 | 2,000 | $0.88 |
| 11/15/19 | 1,000 | $0.60 |
| 11/15/19 | 2,000 | $0.60 |
| 11/15/19 | 1,000 | $0.60 |
| 12/30/19 | 8,500 | $0.64 |
| 12/30/19 | 11,500 | $0.64 |
| 12/30/19 | 6,000 | $1.11 |
| 01/10/20 | 1,000 | $0.74 |
| 01/16/20 | 750 | $0.80 |

**Sales**

| Date | Number of Shares | Price per share |
|---|---|---|
| 10/18/19 | 3,000 | $2.25 |
| 01/23/20 | 45,000 | $0.18 |
| 01/23/20 | 1,750 | $0.19 |
| 01/23/20 | 6,000 | $0.19 |

## PLAINTIFF'S CERTIFICATION

**Khanh L. Bui** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate,   Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this   __4____   day  of  July 2020.

_Bui_
_____

**Khanh L. Bui**

**SCHEDULE A TO CERTIFICATION OF KHANH BUI**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 10/04/19 | 20,000 | $1.59 |
| 11/06/19 | 110 | $1.54 |
| 11/06/19 | 19,890 | $1.54 |
| 11/18/19 | 200 | $0.66 |
| 11/18/19 | 2,100 | $0.66 |
| 11/18/19 | 47,700 | $0.66 |

**Sales**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 11/11/19 | 1,500 | $0.90 |
| 11/11/19 | 1,040 | $0.91 |
| 11/11/19 | 1,000 | $0.90 |
| 11/11/19 | 900 | $0.91 |
| 11/11/19 | 600 | $0.91 |
| 11/11/19 | 500 | $0.91 |
| 11/11/19 | 200 | $0.91 |
| 11/11/19 | 200 | $0.91 |
| 11/11/19 | 200 | $0.91 |
| 11/11/19 | 100 | $0.91 |
| 11/11/19 | 100 | $0.91 |
| 11/11/19 | 100 | $0.91 |

## PLAINTIFF'S CERTIFICATION

**Jignesh Chandarana and Krutika Chandarana** ("Plaintiffs") declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.     Plaintiffs have reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiffs' behalf.

2.     Plaintiffs did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

3.     Plaintiffs are willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiffs' transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.     During the three years prior to the date of this Certificate,   Plaintiffs have not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.     Plaintiffs will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ o 6 _____ day of July 2020.

_____
**Jignesh Chandarana**

_____
**Krutika Chandarana**

**SCHEDULE A TO CERTIFICATION OF JIGNESH AND KRUTIKA CHANDARANA**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 09/24/19 | 725 | $2.54 |
| 10/21/19 | 300 | $2.10 |
| 10/22/19 | 550 | $1.88 |
| 10/24/19 | 1,450 | $1.85 |
| 11/07/19 | 400 | $1.39 |
| 11/18/19 | 1,000 | $0.69 |

**CALL OPTIONS PURCHASE**

| Date | Description | # contracts | Price per share |
|------|-------------|-------------|-----------------|
| 11/08/19 | MDRIQ May 15 2020 $2 | 50 | $0.20 |

## PLAINTIFF'S CERTIFICATION

**Amira Yousuf Chowdhury** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate,   Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _____8 th_____  day  of  July 2020.

_____

**Amira Yousuf Chowdhury**

**SCHEDULE A TO CERTIFICATION OF AMIRA YOUSEF CHOWDHURY**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 09/27/19 | 1,000 | $2.00 |
| 09/26/19 | 2,450 | $2.04 |
| 10/04/19 | 600 | $1.55 |
| 10/21/19 | 2,200 | $2.04 |
| 11/08/19 | 1,000 | $1.01 |
| 11/27/19 | 1,000 | $0.82 |
| 12/11/19 | 3,550 | $0.77 |

### PLAINTIFF'S CERTIFICATION

**Christopher Coligado** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___4th___ day of July 2020.

Christopher Coligado

**SCHEDULE A TO CERTIFICATION OF CHRISTOPHER COLIGADO**

**Purchases**

| Date | Number of Shares | Price per share |
|---|---|---|
| 09/20/19 | 7,692 | $1.95 |
| 09/20/19 | 7,731 | $1.92 |
| 09/20/19 | 10,000 | $2.02 |
| 09/20/19 | 3,717 | $2.70 |
| 10/01/19 | 5,154 | $1.92 |
| 10/03/19 | 5,917 | $1.70 |
| 10/15/19 | 1 | $2.14 |
| 10/16/19 | 21,225 | $2.37 |
| 10/16/19 | 2,127 | $2.37 |
| 10/17/19 | 4,080 | $2.51 |
| 10/17/19 | 4,080 | $2.50 |
| 10/17/19 | 4,080 | $2.49 |
| 10/18/19 | 2,252 | $2.22 |
| 10/18/19 | 2,272 | $2.29 |
| 10/18/19 | 2,222 | $2.25 |
| 10/21/19 | 2,440 | $2.10 |
| 10/21/19 | 4,651 | $2.15 |
| 10/21/19 | 4,761 | $2.10 |
| 10/21/19 | 2,475 | $2.05 |
| 10/22/19 | 5,882 | $1.70 |
| 10/22/19 | 22,222 | $1.80 |
| 10/22/19 | 5,555 | $1.80 |
| 10/22/19 | 5,714 | $1.80 |
| 10/22/19 | 2,777 | $1.80 |
| 10/22/19 | 2,702 | $1.85 |
| 10/23/19 | 6,250 | $1.66 |
| 10/23/19 | 6,060 | $1.66 |
| 10/23/19 | 6,250 | $1.70 |
| 10/23/19 | 5,882 | $1.70 |
| 10/23/19 | 6,250 | $1.70 |
| 10/23/19 | 6,060 | $1.66 |
| 10/23/19 | 4,911 | $1.60 |
| 10/24/19 | 15,900 | $1.66 |
| 10/24/19 | 18 | $1.65 |
| 10/24/19 | 2,154 | $1.66 |

| 10/24/19 | 12,048 | $1.65 |
| 10/24/19 | 12,121 | $1.66 |
| 11/05/19 | 6,250 | $1.60 |
| 11/05/19 | 6,250 | $1.59 |
| 11/05/19 | 6,250 | $1.59 |
| 11/05/19 | 37,500 | $1.60 |
| 11/07/19 | 12,413 | $1.45 |
| 11/07/19 | 7,092 | $1.41 |
| 11/19/19 | 17,857 | $0.57 |
| 12/23/19 | 35,000 | $1.13 |
| 12/23/19 | 44,495 | $1.13 |

**Sales**

| Date | Number of Shares | Price per share |
| --- | --- | --- |
| 01/23/20 | 7,692 | $0.16 |
| 01/23/20 | 212,594 | $0.16 |
| 01/23/20 | 171,319 | $0.15 |
| 01/23/20 | 2,135 | $0.15 |
| 01/23/20 | 5,000 | $0.15 |

## PLAINTIFF'S CERTIFICATION

**Daniel Gad** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate,   Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this   __8__   day  of  July 2020.

_____

**Daniel Gad**

**SCHEDULE A TO CERTIFICATION OF DANIEL GAD**

**Purchases**

| Date | Number of Shares | Price per share |
| --- | --- | --- |
| 10/24/19 | 2,665 | $1.67 |
| 10/24/19 | 400 | $1.68 |
| 10/30/19 | 935 | $1.66 |
| 11/15/19 | 4,000 | $0.70 |
| 12/31/19 | 4,000 | $0.70 |

## PLAINTIFF'S CERTIFICATION

 Edwin Howell and Sioe Lie Howell ("Plaintiffs") declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

 1.     Plaintiffs have reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiffs' behalf.

 2.     Plaintiffs did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

 3.     Plaintiffs are willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

 4.     Plaintiffs' transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

 5.     During the three years prior to the date of this Certificate,  Plaintiffs have not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

 6.     Plaintiffs will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

 We declare under penalty of perjury that the foregoing is true and correct.

Executed this _____4th_____ day of July 2020.

_Edwin Howell_
Edwin Howell

_Sioe Lee Howell_
Sioe Lee Howell

**SCHEDULE A TO CERTIFICATION OF EDWIN HOWELL**

**PURCHASES**

| Date | Number of Shares | Price per share | |
|------|------------------|-----------------|---|
| 09/20/19 | 2,000 | $2.53 | Regular Account |
| 09/25/19 | 1,000 | $1.97 | Regular Account |
| 09/25/19 | 1,500 | $2.00 | Regular Account |
| 09/30/19 | 1,500 | $2.07 | Regular Account |
| 10/01/19 | 850 | $1.83 | IRA Account |
| 10/03/19 | 20 | $1.71 | IRA Account |
| 10/04/19 | 10 | $1.60 | IRA Account |
| 10/25/19 | 30 | $1.63 | IRA Account |
| 10/25/19 | 140 | $1.61 | IRA Account |
| 10/27/19 | 650 | $0.82 | IRA Account |
| 10/30/19 | 800 | $1.66 | IRA Account |
| 11/08/19 | 600 | $1.03 | IRA Account |
| 11/20/19 | 600 | $0.62 | IRA Account |
| 11/22/19 | 850 | $0.91 | IRA Account |
| 11/22/19 | 350 | $0.86 | IRA Account |
| 12/12/19 | 1,000 | $0.76 | IRA Account |
| 12/19/19 | 800 | $0.94 | IRA Account |
| 12/23/19 | 1,000 | $1.15 | IRA Account |
| 12/24/19 | 280 | $1.10 | IRA Account |
| 12/24/19 | 1,000 | $1.08 | IRA Account |
| 12/30/19 | 500 | $1.59 | IRA Account |
| 12/30/19 | 1,000 | $1.57 | IRA Account |
| 01/09/20 | 500 | $0.75 | IRA Account |
| 01/09/20 | 500 | $0.75 | IRA Account |
| 01/12/20 | 1,000 | $0.79 | IRA Account |

**SALES**

| Date | Number of Shares | Price per share | |
|------|------------------|-----------------|---|
| 12/13/19 | 1,000 | $0.80 | IRA Account |
| 12/16/19 | 1,000 | $0.84 | IRA Account |
| 12/24/19 | 1,000 | $1.20 | IRA Account |

### SCHEDULE A TO CERTIFICATION OF SIOE LIE HOWELL

#### PURCHASES

| Date | Number of Shares | Price per share |
| --- | --- | --- |
| 09/18/19 | 600 | $5.08 |
| 09/18/19 | 1,000 | $1.82 |
| 10/30/19 | 500 | $2.07 |
| 10/30/19 | 100 | $1.68 |
| 11/08/19 | 300 | $0.98 |
| 11/08/19 | 400 | $0.98 |
| 11/08/19 | 100 | $0.98 |
| 11/08/19 | 500 | $1.02 |
| 11/27/19 | 250 | $0.82 |
| 12/02/19 | 500 | $0.87 |
| 12/23/19 | 500 | $1.09 |
| 12/23/19 | 250 | $1.13 |
| 12/30/19 | 500 | $1.60 |
| 01/09/20 | 500 | $0.75 |

#### SALES

| Date | Number of Shares | Price per share |
| --- | --- | --- |
| 01/09/20 | 500 | $0.79 |

## PLAINTIFF'S CERTIFICATION

**Darren Hunting** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate,   Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___9___ day of July 2020.

**Darren Hunting**

### SCHEDULE A TO CERTIFICATION OF DARREN HUNTING

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 09/20/19 | 1,500 | $2.66 |
| 09/25/19 | 500 | $1.92 |
| 10/18/19 | 100 | $2.23 |
| 10/18/19 | 1,800 | $2.23 |
| 10/18/19 | 100 | $2.23 |
| 11/15/19 | 1,000 | $0.68 |
| 12/27/19 | 1,000 | $1.34 |
| 12/27/19 | 1,500 | $1.36 |
| 12/31/19 | 1,000 | $0.71 |

**Sales**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 01/23/20 | 7,000 | $0.20 |
| 01/23/20 | 4,000 | $0.20 |

Firefox                                                                                              about:blank

## PLAINTIFF'S CERTIFICATION

Anne Ingledew ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

      1.    Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

      2.    Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

      3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

      4.    Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

      5.    During the three years prior to the date of this Certificate. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

      6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

      I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ **9th** day of July 2020.

_____
Anne Ingledew

**SCHEDULE A TO CERTIFICATION OF ANNE INGLEDEW**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 09/20/19 | 1,000 | $2.53 |
| 09/20/19 | 1,000 | $2.13 |
| 09/23/19 | 2,000 | $2.12 |
| 09/24/19 | 500 | $2.45 |
| 09/24/19 | 100 | $2.18 |
| 09/24/19 | 900 | $2.18 |
| 09/25/19 | 100 | $1.90 |
| 09/25/19 | 100 | $1.89 |
| 09/25/19 | 100 | $1.87 |
| 09/25/19 | 100 | $1.87 |
| 09/25/19 | 100 | $1.87 |
| 09/25/19 | 500 | $1.87 |
| 09/25/19 | 500 | $1.82 |
| 09/27/19 | 1,000 | $2.00 |
| 09/30/19 | 227 | $2.01 |
| 09/30/19 | 200 | $2.01 |
| 09/30/19 | 73 | $2.01 |
| 09/30/19 | 100 | $2.03 |
| 09/30/19 | 100 | $2.03 |
| 09/30/19 | 300 | $2.03 |
| 09/30/19 | 1,000 | $2.07 |
| 09/30/19 | 900 | $2.04 |
| 09/30/19 | 100 | $2.04 |
| 10/01/19 | 500 | $1.96 |
| 10/01/19 | 500 | $1.94 |
| 10/01/19 | 500 | $1.86 |
| 10/01/19 | 1,500 | $1.85 |
| 10/01/19 | 1,000 | $1.84 |
| 10/01/19 | 1,000 | $1.84 |
| 10/02/19 | 1,000 | $1.75 |
| 10/02/19 | 1,000 | $1.72 |
| 10/02/19 | 1,000 | $1.65 |
| 10/02/19 | 1,000 | $1.68 |
| 10/03/19 | 100 | $1.71 |
| 10/03/19 | 300 | $1.71 |
| 10/03/19 | 100 | $1.71 |
| 10/04/19 | 1,000 | $1.59 |

| | | |
|---|---|---|
| 10/04/19 | 500 | $1.56 |
| 10/09/19 | 1,000 | $1.76 |
| 10/16/19 | 500 | $2.45 |
| 10/16/19 | 500 | $2.36 |
| 10/17/19 | 1,000 | $2.38 |
| 10/17/19 | 500 | $2.53 |
| 10/18/19 | 100 | $2.43 |
| 10/18/19 | 900 | $2.43 |
| 10/18/19 | 100 | $2.23 |
| 10/18/19 | 900 | $2.23 |
| 10/21/19 | 1,500 | $2.90 |
| 10/21/19 | 200 | $2.64 |
| 10/21/19 | 1,300 | $2.64 |
| 10/21/19 | 100 | $2.26 |
| 10/21/19 | 400 | $2.26 |
| 10/21/19 | 100 | $2.14 |
| 10/21/19 | 100 | $2.13 |
| 10/21/19 | 100 | $2.12 |
| 10/21/19 | 100 | $2.12 |
| 10/21/19 | 100 | $2.11 |
| 10/21/19 | 500 | $2.10 |
| 10/21/19 | 500 | $2.09 |
| 10/22/19 | 300 | $1.84 |
| 10/22/19 | 100 | $1.84 |
| 10/22/19 | 100 | $1.84 |
| 10/22/19 | 200 | $1.84 |
| 10/22/19 | 100 | $1.84 |
| 10/22/19 | 100 | $1.84 |
| 10/22/19 | 100 | $1.84 |
| 10/22/19 | 500 | $1.69 |
| 10/25/19 | 400 | $1.70 |
| 10/25/19 | 100 | $1.70 |
| 11/07/19 | 500 | $1.43 |
| 11/07/19 | 500 | $1.43 |
| 11/11/19 | 2,000 | $0.91 |
| 11/12/19 | 1,000 | $0.86 |
| 11/12/19 | 1,000 | $0.86 |
| 11/13/19 | 2,000 | $0.87 |
| 11/14/19 | 2,000 | $0.74 |
| 11/14/19 | 2,000 | $0.67 |
| 11/18/19 | 4,000 | $0.63 |
| 11/19/19 | 2,000 | $0.54 |
| 11/21/19 | 1,000 | $0.68 |

| 11/22/19 | 1,000 | $0.82 |
| 11/22/19 | 1,000 | $0.78 |
| 11/25/19 | 1,000 | $0.81 |
| 11/25/19 | 200 | $0.79 |
| 11/25/19 | 200 | $0.79 |
| 11/25/19 | 100 | $0.79 |
| 11/25/19 | 1,900 | $0.79 |
| 11/25/19 | 100 | $0.79 |
| 11/26/19 | 1,000 | $0.73 |
| 12/09/19 | 1,000 | $0.79 |
| 12/09/19 | 1,000 | $0.79 |
| 12/10/19 | 2,000 | $0.78 |
| 12/18/19 | 1,000 | $0.82 |
| 12/18/19 | 1,000 | $0.82 |
| 12/19/19 | 1,000 | $1.05 |
| 12/19/19 | 1,000 | $0.98 |
| 12/24/19 | 1,000 | $1.08 |
| 12/30/19 | 1,000 | $1.61 |
| 12/30/19 | 100 | $1.58 |
| 12/30/19 | 100 | $1.58 |
| 12/30/19 | 100 | $1.58 |
| 12/30/19 | 100 | $1.58 |
| 12/30/19 | 600 | $1.58 |
| 12/30/19 | 400 | $1.58 |
| 12/31/19 | 100 | $0.70 |
| 12/31/19 | 1,000 | $0.70 |
| 12/31/19 | 600 | $0.70 |
| 12/31/19 | 2,300 | $0.70 |
| 12/31/19 | 1,000 | $0.69 |
| 01/23/20 | 6,000 | $0.19 |

**Sales**

| Date | Number of Shares | Price per share |
| --- | --- | --- |
| 01/23/20 | 9,985 | $0.20 |
| 01/23/20 | 15 | $0.20 |
| 01/23/20 | 10,000 | $0.19 |
| 01/23/20 | 10,000 | $0.19 |
| 01/23/20 | 10,000 | $0.20 |

| | | |
|---|---|---|
| 01/23/20 | 10,000 | $0.20 |
| 01/23/20 | 10,000 | $0.20 |
| 01/23/20 | 10,000 | $0.20 |
| 01/23/20 | 10,000 | $0.20 |
| 01/23/20 | 10,000 | $0.19 |
| 01/23/20 | 4,900 | $0.19 |

**OPTION TRANSACTIONS**

**MDRIQ Purchased 5 contracts (500 shares) on 11/21/19: Dec 2019 Call 1.00 @ $1.15/share**

## PLAINTIFF'S CERTIFICATION

**Thomas Carl Rabin** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this       7th       day of July 2020.

**Thomas Carl Rabin**

**SCHEDULE A TO CERTIFICATION OF THOMAS CARL RABIN**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 12/24/19 | 500 | $1.10 |
| 12/30/19 | 700 | $1.60 |
| 12/30/19 | 800 | $1.47 |
| 12/30/19 | 500 | $0.95 |
| 12/30/19 | 500 | $0.70 |
| 01/02/20 | 1500 | $0.66 |
| 01/08/20 | 400 | $0.75 |
| 01/09/20 | 400 | $0.75 |

**Sales**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 11/12/19 | 2526 | $0.83 |
| 11/19/19 | 1000 | $0.60 |
| 01/02/20 | 3000 | $0.62 |
| 01/03/20 | 24 | $0.65 |
| 01/13/20 | 776 | $0.60 |
| 01/23/20 | 4000 | $0.19 |

## PLAINTIFF'S CERTIFICATION

**Adam Shultz** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.  Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.  Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.  During the three years prior to the date of this Certificate,   Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _____5ᵗʰ_____ day of July 2020.

_Adam Shultz_ (signature)

**Adam Shultz**

## SCHEDULE A TO CERTIFICATION OF ADAM SHULTZ

### Purchases

| Date | Number of Shares | Price per share |
| --- | --- | --- |
| 11/01/19 | 5 | $1.66 |
| 11/01/19 | 363 | $1.65 |
| 11/01/19 | 2,136 | $1.66 |
| 11/01/19 | 3,000 | $1.66 |
| 11/01/19 | 7,000 | $1.66 |
| 11/01/19 | 8,721 | $1.62 |
| 11/01/19 | 9,637 | $1.66 |
| 11/01/19 | 10,000 | $1.66 |
| 11/01/19 | 10,000 | $1.66 |
| 11/01/19 | 10,000 | $1.66 |
| 11/05/19 | 10,000 | $1.65 |
| 11/05/19 | 10,000 | $1.65 |
| 11/05/19 | 10,000 | $1.61 |
| 11/06/19 | 11 | $1.55 |
| 11/11/19 | 700 | $0.94 |
| 11/11/19 | 1,051 | $0.94 |
| 11/11/19 | 9,282 | $0.94 |
| 11/11/19 | 9,903 | $0.94 |
| 11/11/19 | 9,950 | $0.95 |
| 11/11/19 | 10,000 | $0.94 |
| 11/13/19 | 29 | $0.85 |
| 11/14/19 | 9,059 | $0.64 |
| 11/18/19 | 10 | $0.66 |
| 11/19/19 | 300 | $0.57 |
| 11/19/19 | 528 | $0.57 |
| 11/19/19 | 5,152 | $0.57 |
| 11/19/19 | 5,808 | $0.55 |
| 11/20/19 | 1 | $0.57 |
| 11/21/19 | 2,286 | $0.85 |
| 11/22/19 | 14 | $0.89 |
| 11/22/19 | 500 | $0.77 |
| 11/22/19 | 500 | $0.76 |
| 11/22/19 | 500 | $0.76 |
| 11/22/19 | 500 | $0.76 |
| 11/22/19 | 1,000 | $0.77 |
| 11/22/19 | 5,000 | $0.76 |
| 11/22/19 | 7,679 | $0.76 |

| | | |
|---|---|---|
| 12/19/19 | 100 | $0.95 |
| 12/19/19 | 295 | $0.96 |
| 12/19/19 | 379 | $0.95 |
| 12/19/19 | 400 | $0.95 |
| 12/19/19 | 500 | $0.95 |
| 12/19/19 | 590 | $0.95 |
| 12/19/19 | 600 | $0.95 |
| 12/19/19 | 706 | $0.95 |
| 12/19/19 | 1,700 | $0.94 |
| 12/19/19 | 3,200 | $0.95 |
| 12/19/19 | 3,904 | $0.95 |
| 12/19/19 | 8,300 | $0.94 |
| 12/19/19 | 10,000 | $0.95 |
| 12/19/19 | 10,000 | $0.95 |
| 12/30/19 | 54 | $1.01 |
| 12/30/19 | 100 | $1.02 |
| 12/30/19 | 1,161 | $1.03 |
| 12/30/19 | 1,683 | $1.00 |
| 12/30/19 | 2,990 | $0.75 |
| 12/30/19 | 8,685 | $1.00 |
| 12/30/19 | 10,000 | $0.77 |
| 12/31/19 | 511 | $0.67 |
| 01/02/20 | 10 | $0.69 |
| 01/14/20 | 24 | $0.67 |
| 01/14/20 | 500 | $0.66 |
| 01/14/20 | 8,789 | $0.66 |
| 01/15/20 | 1 | $0.73 |
| 01/15/20 | 30 | $0.74 |
| 01/15/20 | 1,082 | $0.71 |

**Sales**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 11/08/19 | 5,000 | $1.00 |
| 12/30/19 | 10,000 | $0.70 |
| 12/30/19 | 10,000 | $0.70 |
| 12/30/19 | 8,250 | $0.80 |
| 12/30/19 | 1,750 | $0.80 |
| 01/13/20 | 10,000 | $0.61 |
| 01/23/20 | 75,000 | $0.19 |
| 01/23/20 | 57,867 | $0.20 |
| 01/23/20 | 25,000 | $0.20 |
| 01/23/20 | 25,000 | $0.12 |
| 01/23/20 | 18,052 | $0.20 |
| 01/23/20 | 1,000 | $0.20 |

## PLAINTIFF'S CERTIFICATION

**Amit Somani and Shital Mehta** ("Plaintiffs") declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.  Plaintiffs have reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiffs' behalf.

2.  Plaintiffs did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

3.  Plaintiffs are willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiffs' transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.  During the three years prior to the date of this Certificate, Plaintiffs have not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.  Plaintiffs will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this ____9 th____ day of July 2020.

_____
**Amit Somani**

_____
**Shital Mehta**

**SCHEDULE A TO CERTIFICATION OF AMIT SOMANI**

**Purchases Common Stock**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 09/20/19 | 52 | $2.31 |
| 09/20/19 | 100 | $2.30 |
| 09/20/19 | 11,000 | $2.52 |
| 09/20/19 | 925 | $2.62 |
| 09/20/19 | 2,015 | $2.62 |
| 09/20/19 | 2,600 | $2.62 |
| 09/20/19 | 975 | $2.62 |
| 09/20/19 | 2,000 | $2.04 |
| 10/21/19 | 758 | $2.97 |
| 10/21/19 | 2,242 | $2.95 |
| 10/25/19 | 1,000 | $1.65 |

**Sales Common Stock**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 10/16/19 | 1,060 | $2.44 |
| 10/16/19 | 300 | $2.43 |
| 10/16/19 | 1,640 | $2.43 |
| 12/06/19 | 2,000 | $0.75 |
| 12/09/19 | 4,993 | $0.75 |
| 12/09/19 | 7 | $0.75 |
| 01/15/20 | 851 | $0.84 |
| 01/15/20 | 9,149 | $0.84 |

## Options Trades

| Date | # of Contracts | Description | Price per share |
|------|----------------|-------------|-----------------|
| 10/16/19 | 400 | MDR Nov 15 2019 5.0 Call | $0.15 |
| 10/23/19 | 500 | MDR Feb 21 2020 5.0 Call | $0.25 |
| 11/05/19 | 500 | MDR Feb 21 2020 3.5 Call | $0.25 |
| 11/05/19 | 1 | MDR Nov 15 2019 2.5 Call | $0.03 |
| 11/07/19 | 400 | MDR Feb 21 2020 5.0 Call | $0.10 |
| 11/12/19 | 100 | MDR Feb 21 2020 5.0 Call | $0.05 |
| 11/14/19 | 500 | MDR May 15 2020 4.5 Call | $0.05 |
| 11/19/19 | 200 | MDR May 15 2020 4.5 Call | $0.05 |
| 11/21/19 | 300 | MDR Feb 21 2020 5.0 Call | $0.05 |
| 11/27/19 | 300 | MDR Dec 20 2019 2.0 Call | $0.05 |
| 12/06/19 | 400 | MDR Feb 21 2020 4.0 Call | $0.05 |
| 12/09/19 | 300 | MDR Feb 21 2020 4.0 Call | $0.05 |
| 12/09/19 | 300 | MDR Feb 21 2020 4.0 Call | $0.05 |
| 12/09/19 | 200 | MDR May 15 2020 4.5 Call | $0.07 |
| 12/24/19 | (300) | MDR May 15 2020 2.5 Call | $0.10 |
| 12/24/19 | 100 | MDR May 15 2020 2.5 Call | $0.20 |
| 12/27/19 | 200 | MDR May 15 2020 2.5 Call | $0.35 |
| 01/02/20 | 700 | MDR May 15 2020 2.0 Call | $0.10 |
| 01/15/20 | 447 | MDR Feb 21 2020 4.0 Call | $0.02 |
| 01/15/20 | 253 | MDR Feb 21 2020 4.0 Call | $0.03 |
| 01/15/20 | 300 | MDR Feb 21 2020 4.0 Call | $0.03 |
| 01/16/20 | 100 | MDR Jan 17 2020 1.0 Call | $0.03 |
| 01/16/20 | 101 | MDR Feb 21 2020 3.0 Call | $0.03 |
| 01/16/20 | 99 | MDR Feb 21 2020 2.0 Call | $0.07 |
| 01/16/20 | 1 | MDR Feb 21 2020 2.0 Call | $0.08 |
| 01/17/20 | 133 | MDR Feb 21 2020 3.0 Call | $0.05 |
| 01/17/20 | 266 | MDR Feb 21 2020 3.0 Call | $0.05 |
| 01/17/20 | 70 | MDR May 15 2020 2.0 Call | $0.10 |
| 01/17/20 | 500 | MDR Feb 21 2020 3.5 Call | $0.04 |
| 01/17/20 | 100 | MDR Feb 21 2020 4.0 Call | $0.03 |
| 01/17/20 | 100 | MDR Feb 21 2020 1.5 Call | $0.08 |

**SCHEDULE A TO CERTIFICATION OF SHITAL MEHTA**

**Purchases**

| Date | Number of Shares | Price per share |
|------|-----------------|-----------------|
| 11/15/19 | 2,000 | $0.65 |
| 11/21/19 | 3,000 | $0.90 |
| 11/29/19 | 2,000 | $0.78 |
| 12/06/19 | 1,900 | $0.81 |

**Sales**

| Date | Number of Shares | Price per share |
|------|-----------------|-----------------|
| 09/25/19 | 5,000 | $1.97 |
| 09/25/19 | 777 | $1.97 |
| 09/25/19 | 333 | $1.97 |

## PLAINTIFF'S CERTIFICATION

**Jayaprakash Srinivasan and Aarthi Srinivasan** ("Plaintiffs") declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.    Plaintiffs have reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiffs' behalf.

2.    Plaintiffs did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

3.    Plaintiffs are willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiffs' transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.    During the three years prior to the date of this Certificate,   Plaintiffs have not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.    Plaintiffs will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this _____3ʳᵈ_____ day of July 2020.

_____
**Jayaprakash Srinivasan**

_____
**Aarthi Srinivasan**

**SCHEDULE A TO CERTIFICATION OF JAYAPRAKSAH SRINIVASAN**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 11/07/2019 | 4,000 | $1.47 |
| 11/08/2019 | 985 | $1.00 |
| 11/21/2019 | 23,199 | $0.79 |
| 11/22/2019 | 132,154 | $0.79 |

**Sales**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 1/23/2020 | 137,139 | $0.13 |
| 1/23/2020 | 23,199 | $0.13 |

**SCHEDULE A TO CERTIFICATION OF AARTHI SRINIVASAN**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 11/07/2019 | 10,000 | $1.47 |
| 11/08/2019 | 380 | $1.00 |
| 11/21/2019 | 355,434 | $0.79 |
| 11/21/2019 | 25,827 | $0.80 |

**Sales**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 1/23/2020 | 365,814 | $0.13 |
| 1/23/2020 | 25,827 | $0.13 |

## PLAINTIFF'S CERTIFICATION

**Christopher Swedlow** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____4th_____ day of July 2020.

_____
**Christopher Swedlow**

**SCHEDULE A TO CERTIFICATION OF CHRISTOPHER SWEDLOW**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 09/27/19 | 2,500 | $2.00 |
| 11/06/19 | 3,514 | $1.50 |
| 12/12/19 | 6,900 | $0.76 |

**Sales**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 01/23/20 | 15,000 | $0.17 |

## **PLAINTIFF'S CERTIFICATION**

**Alexandre Tazi** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a federal securities class action on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in McDermott International, Inc. during the Class Period specified in the Complaint are as follows:

### **SEE ATTACHED SCHEDULE A**

5.      During the three years prior to the date of this Certificate,   Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___8th___ day of July 2020.

**Alexandre Tazi**

**SCHEDULE A TO CERTIFICATION OF ALEXANDRE TAZI**

**Purchases**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 09/20/19 | 1,000 | $1.95 |
| 09/24/19 | 500 | $2.18 |
| 10/01/19 | 500 | $1.96 |
| 10/01/19 | 1,000 | $1.82 |
| 10/02/19 | 1,000 | $1.71 |
| 10/11/19 | 1,000 | $2.05 |
| 10/21/19 | 5,000 | $2.21 |
| 10/28/19 | 2,000 | $1.62 |
| 11/07/19 | 3,000 | $1.44 |
| 11/21/19 | 1,000 | $0.72 |
| 11/26/19 | 1,000 | $0.74 |
| 12/02/19 | 2,000 | $0.86 |
| 12/06/19 | 1,000 | $0.73 |
| 12/09/19 | 10,000 | $0.78 |
| 12/09/19 | 1,100 | $0.76 |
| 12/30/19 | 5,000 | $0.84 |

**Sales**

| Date | Number of Shares | Price per share |
|------|------------------|-----------------|
| 12/31/19 | 5,000 | $0.67 |
| 01/14/20 | 5,000 | $0.68 |
| 01/23/20 | 42,500 | $0.18 |
| 01/23/20 | 1,100 | $0.19 |