# EXHIBIT B

September 19, 2019 - January 23, 2020
$3.00
$2.50
$2.00
$1.50
$1.00
$0.50
$0.00
October 21, 2019
Closing Price: $2.04
Hi: $3.03 Lo: $2.01
Volume: 61.5 million shares
January 21, 2020
Trading of McDermott common stock halted pre-market after McDermott announced that it had the support of more than two-thirds of all its funded debt creditors for a restructuring transaction to equitize nearly all the Company's funded debt and that the restructuring transaction will be implemented through a prepackaged Chapter 11 process. McDermott subsequently commenced the prepackaged Chapter 11 in the U.S. Bankruptcy Court for the Southern District of Texas.
September 20, 2019
Closing Price: $2.01
Hi: $2.77 Lo: $1.80
Volume: 193.2 million shares
January 23, 2020
Closing Price: $0.12
Hi: $0.25 Lo: $0.014
Volume: 157.5 million shares
09/19/19
09/26/19
10/03/19
10/10/19
10/17/19
10/24/19
10/31/19
11/07/19
11/14/19
11/21/19
11/28/19
12/05/19
12/12/19
12/19/19
12/26/19
01/02/20
01/09/20
01/16/20
01/23/20