# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JOHN ARDEN AHNEFELDT, ROBERT BROWER, JR., ROBERT BROWER, SR., KHANH L. BUI, JIGNESH CHANDARANA, KRUITIKA CHANDARANA, AMIRA YOUSUF CHOWDHURY, CHRISTOPHER COLIGADO, DANIEL GAD, EDWIN HOWELL, SIOE LIE HOWELL, DARREN HUNTING, ANNE INGLEDEW, SHITAL MEHTA, THOMAS CARL RABIN, ADAM SHULTZ, AMIT SOMANI, JAYAPRAKASH SRINIVASAN, AARTHI SRINIVASAN, CHRISTOPHER SWEDLOW and ALEXANDRE TAZI,, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>          v.<br><br><br>DAVID DICKSON, STUART A. SPENCE, and CHRISTOPHER A. KRUMMEL,<br><br>Defendants, | **Case No. 4:20-cv-02539**<br><br>**CLASS ACTION** |

**REPLY IN FURTHER SUPPORT OF NOTICE OF RELATED CASE BY THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN, THE COURT-APPOINTED §10(B) LEAD PLAINTIFF IN _EDWARDS v. MCDERMOTT INT'L, INC._ (NO. 4:18-CV-4330)**

The Nova Scotia Health Employees' Pension Plan, the Court-appointed Lead Plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA") overseeing all claims arising under §10(b) of the Securities Exchange Act of 1934 (the "§10(b) Lead Plaintiff") in the related consolidated action, *Edwards v. McDermott Int'l, Inc., et. al.*, No. 4:18-cv-4330 (S.D. Tex.) (the "*Edwards* Action"), pending before the Honorable George C. Hanks, Jr., hereby respectfully files this Reply in further support of its prior filed Notice of Related Case pursuant to L.R. 5.2.

The *Ahnefeldt* plaintiffs do not contest that this action is related to the *Edwards* Action.  For that reason alone, the §10(b) Lead Plaintiff respectfully urges the Court to transfer this action for oversight by Judge Hanks.

The rest of the *Ahnefeldt* plaintiffs' filing (Dkt. No. 17 at 2-5) concerns contested matters now being actively litigated before Judge Hanks on the *Edwards* docket in the context of the §10(b) Lead Plaintiff's motion to consolidate, among them: (i) whether the *Edwards* Action's Lead Plaintiff Order indeed vested the §10(b) Lead Plaintiff with authority over "***all claims*** related to Section 10(b) of the Securities Exchange Act" as its text ***plainly*** states; (ii) whether the §10(b) Lead Plaintiff or §10(b) Lead Counsel ever disclaimed pursuit of any portion of the §10(b) claims they were appointed to lead as the *Ahnefeldt* plaintiffs ***falsely*** claim; (iii) whether the PSLRA indulges the filing of artfully pled tag-along class actions that spring forth from the final week of an ***ongoing*** narrative pled by court-appointed PSLRA lead plaintiff in an existing class action and extend it a few months further while a motion to dismiss is pending; and (iv) whether the *Ahnefeldt* plaintiffs are subject to unique defenses rendering them incapable of representing ***any*** class due not only to the unwieldy size of their group, but also their ***clear failure*** to secure adequate protections in McDermott's bankruptcy for ***class-wide Exchange Act***

*§10(b)* claims, as versus their own individual claims.

For avoidance of doubt, the §10(b) Lead Counsel *rejects* and *disagrees* with the *false* statements and characterizations presented in the *Ahnefeldt* plaintiffs' filing (*see e.g.*, Dkt. No. 17 at 4), as evidenced by §10(b) Lead Counsel's declaration and considerable supporting documentary evidence being filed on the *Edwards* docket, including contemporaneous emails, voicemails, and materials prepared and filed by the *Ahnefeldt* plaintiffs themselves, who, prior to securing their current counsel, contacted no fewer than *ten attorneys at five different law firms* for potential representation regarding their individual breach of duty / unjust enrichment claims – all of whom declined.

For all these additional reasons, the §10(b) Lead Plaintiff respectfully submits that this lawsuit is a related action to *Edwards v. McDermott Int'l, Inc., et. al.*, No. 4:18-cv-4330 (S.D. Tex.) and should be transferred promptly to its presiding Judge, the Honorable George C. Hanks, Jr., for further proceedings.

Dated: August 26, 2020

Respectfully submitted,

**POMERANTZ LLP**

*/s/Matthew L. Tuccillo*
Matthew L. Tuccillo
(S.D. Tex. Federal Bar Number 1467939)
Jeremy A. Lieberman
(S.D. Tex. Federal Bar Number 1466757)
J. Alexander Hood II
(S.D. Tex. Federal Bar Number 3086579)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mltuccillo@pomlaw.com
Email: ahood@pomlaw.com

*Counsel for §10(b) Lead Plaintiff Nova Scotia Health Employees' Pension Plan and Lead Counsel for the §10(b) Class*

2

**THE BRISCOE LAW FIRM, PLLC**

*/s/Willie C. Briscoe*
Willie C. Briscoe
Texas Bar No.: 24001788
Southern District No.: 25157
1980 Park Oak Blvd.
Houston, TX  77056
Telephone: 713-752-2600
Facsimile: 832-201-9950
wbriscoe@thebriscoelawfirm.com

*Attorney-In-Charge, Counsel for §10(b) Lead Plaintiff Nova Scotia Health Employees' Pension Plan, and Liaison Counsel for the §10(b) Class*

## CERTIFICATE OF SERVICE

This is to certify that on July 24, 2020, a true and correct copy of the foregoing document was filed on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and correct copies of this filing.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo

3