IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN ARDEN AHNEFELDT, ROBERT BROWER, JR., ROBERT BROWER, SR., KHANH L. BUI, JIGNESH CHANDARANA, KRUITIKA CHANDARANA, AMIRA YOUSUF CHOWDHURY, CHRISTOPHER COLIGADO, DANIEL GAD, EDWIN HOWELL, SIOE LIE HOWELL, DARREN HUNTING, ANNE INGLEDEW, SHITAL MEHTA, THOMAS CARL RABIN, ADAM SHULTZ, AMIT SOMANI, JAYAPRAKASH SRINIVASAN, AARTHI SRINIVASAN, CHRISTOPHER SWEDLOW and ALEXANDRE TAZI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DICKSON, STUART A. SPENCE, and CHRISTOPHER A. KRUMMEL,<br><br>Defendants. | § CIVIL ACTION NO. 4:20-CV-02539<br>§<br>§ **JOHN VUONG'S APPENDIX**<br>§ **ACCOMPANYING MOTION TO BE**<br>§ **APPOINTED AS LEAD PLAINTIFF AND**<br>§ **TO APPROVE LEAD PLAINTIFF'S**<br>§ **SELECTION OF COUNSEL**<br>§<br>§ **CLASS ACTION**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Attached are true and correct copies of the following exhibits:

Exhibit 1:    PSLRA early notice issued on July 18, 2020;

Exhibit 2:    John Vuong's PSLRA Certification;

Exhibit 3:    John Vuong's Loss Chart;

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume; and

Exhibit 5:    Steckler Gresham Cochran PLLC's firm resume.

Dated: September 16, 2020 Respectfully submitted,

**STECKLER GRESHAM COCHRAN PLLC**

*/s/ R. Dean Gresham*
R. Dean Gresham
Texas Bar No. 24075247 (SD Bar 7438)
12720 Hillcrest Rd, Suite 1045
Dallas, Texas 75230
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
Email: dean@sgc.law

*[Proposed] Liaison Counsel for Plaintiff and Class*

-and-

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ R. Dean Gresham*
R. Dean Gresham