# Exhibit 1



# MCDERMOTT INTERNATIONAL, INC. INVESTOR ALERT: Wolf Haldenstein Adler Freeman & Herz LLP announces that it filed a securities class action lawsuit in the United States District Court for the Southern District of Texas against McDermott International, Inc. President, Chief Executive Officer and Board Member David Dickson, Former Executive Vice President and Chief Financial Officer Stuart A. Spence, and Executive Vice President and


Case 4:20-cv-02539  Document 20-2  Filed 09/16/20 in TXSD  Page 3 of 5

# Chief Financial Officer Christopher A. Krummel

## Lead Plaintiff Deadline is September 16, 2020

f  ✕  in  G+  📌  |  @ Email  |  🖨 Print Friendly  |  ◁ Share

July 18, 2020 13:16 ET | **Source:** Wolf Haldenstein Adler Freeman & Herz LLP

NEW YORK and SAN DIEGO, July 18, 2020 (GLOBE NEWSWIRE) -- **Wolf Haldenstein Adler Freeman & Herz LLP** announces that it has filed the initial federal securities class action lawsuit in the United States District Court for the Southern District of Texas, Houston Division  on behalf of investors that purchased or otherwise acquired McDermott International, Inc. (Other OTC: MDRIQ) securities between September 20, 2019 and January 23, 2020, both days inclusive (the "Class Period").

This action is styled *John Arden Ahnefeldt, Robert Brower, Jr., Robert Brower, Sr., Khanh L. Bui, Jignesh Chandarana, Krutika Chandarana, Amira Yousuf Chowdhury, Christopher Coligado, Daniel Gad, Edwin Howell, Sioe Lie Howell, Darren Hunting, Anne Ingledew, Shital Mehta, Thomas Carl Rabin, Adam Shultz, Amit Somani, Jayaprakash Srinivasan, Aarthi Srinivasan, Christopher Swedlow, and Alexandre Tazi v. David Dickson, Stuart A. Spence, and Christopher A. Krummel, 4:20-cv-02539 (S.D. TX).*

**Investors who purchased McDermott International, Inc. securities during the Class Period and suffered losses are urged to contact the firm immediately at classmember@whafh.com or (800) 575-0735 or (212) 545-4774. You may obtain a copy of the filed complaint and additional information concerning the action on our website, www.whafh.com.**

If you have incurred losses in McDermott International, Inc. securities purchased during the Class Period, **you may, no later than September 16, 2020,** request that the Court appoint you lead plaintiff of the proposed class. Please contact **Wolf Haldenstein** to learn more about your rights as an investor in McDermott International, Inc.

   ## Follow the firm and learn about newly filed cases on **Twitter** and **Facebook**. ##

McDermott International, Inc. ("McDermott" or the "Company") provides engineering, project management, and facility management services to a variety of customers in the energy and power industries.

On September 20, 2019, McDermott announced in a press release its recent receipt of unsolicited approaches to acquire Lummus Technology, McDermott's industry leading technology business with a valuation exceeding $2.5 billion.  McDermott told investors

Case 4:20-cv-02539 Document 20-2 Filed 09/16/20 in TXSD Page 4 of 5

that it was "exploring strategic alternatives to unlock the value of Lummus Technology," that the "process of exploring strategic alternatives is part of our ongoing efforts intended to improve McDermott's capital structure," and "we plan to use the proceeds from any transaction involving Lummus Technology to strengthen our balance sheet." These disclosures received widespread attention and the price for McDermott common stock increased 50% in premarket trading to close on that day at $2.01 per share, up 27.22%.

The disclosures were materially misleading. There was not any plan for a near-term sale of Lummus Technology to strengthen McDermott's balance sheet. The disclosures were made as part of a scheme to artificially inflate the market price of McDermott's common stock, calm the market and allow the Company to negotiate a prepackaged Chapter 11 bankruptcy restructuring plan.

On January 21, 2020, the truth emerged when McDermott announced its entry of a Restructuring Support Agreement in connection with a Joint Prepackaged Chapter 11 Plan of Reorganization. After the announcement, trading of McDermott common stock was halted. When it resumed, the price for McDermott common stock plummeted to close at $0.12 per share.

Plaintiffs seek to recover damages on behalf of all purchasers of McDermott publicly traded securities during the Class Period. Plaintiffs are represented by **Wolf Haldenstein Adler Freeman & Herz LLP.**

Wolf Haldenstein, with offices in New York, Chicago and San Diego, is a nationally recognized firm specializing in the prosecution of securities, antitrust, and consumer fraud actions. Wolf Haldenstein's reputation and expertise in class action litigation has been repeatedly recognized by courts across the country, and the firm has achieved over $7 billion in recoveries for shareholders.

If you wish to discuss this action or have any questions regarding your rights and interests in this case, please immediately contact **Wolf Haldenstein** by telephone at (800) 575-0735, via email at **classmember@whafh.com**, or visit our website at **www.whafh.com.**

Contact:

Wolf Haldenstein Adler Freeman & Herz LLP
Gregory Stone, Director of Case and Financial Analysis
Malcolm T. Brown, Esq., Thomas H. Burt, Esq.
Email: **gstone@whafh.com**, **brown@whafh.com**, **burt@whafh.com**, or **classmember@whafh.com**
Tel: (800) 575-0735 or (212) 545-4774

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2020 GlobeNewswire, Inc. All Rights Reserved.