# Exhibit 3

**McDermott International Inc. Loss Chart**
**Class Period: September 20, 2019 through January 23, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $0.0478 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vuong, John | 9/20/2019 | 17,000 | ($3.00) | ($51,000.00) | | | | | | | | |
| | 10/9/2019 | 1,500 | ($1.63) | ($2,445.00) | | | | | | | | |
| | 10/16/2019 | 20,000 | ($2.11) | ($42,200.00) | | | | | | | | |
| | 10/23/2019 | 117,500 | ($2.11) | ($247,925.00) | | | | | | | | |
| | 10/23/2019 | 100,000 | ($2.49) | ($249,000.00) | | | | | | | | |
| | 10/28/2019 | 24,000 | ($1.61) | ($38,640.00) | | | | | | | | |
| | 11/1/2019 | 500 | ($1.68) | ($840.00) | | | | | | | | |
| | 11/20/2019 | 100,000 | ($0.66) | ($66,000.00) | | | | | | | | |
| | 1/15/2020 | 55,000 | ($0.667) | ($36,685.00) | | | | | | | | |
| | | 435,500 | | ($734,735.00) | | | | | 435,500 | $20,806.50 | ($713,928.50) | |