# Exhibit 5



FIRM RESUME

STECKLER GRESHAM COCHRAN PLLC ("SGC"), headquartered in Dallas, Texas, specializes in complex commercial, class, mass, and consumer litigation across the country. Its attorneys have extensive experience in consumer protection, securities fraud, and *qui tam* actions under the False Claims Act. The firm handles national class actions that present cutting edge issues. The attorneys at SGC understand how to litigate difficult and large cases in an efficient and cost effective manner, and they have used these skills to obtain outstanding results for their clients. SGC attorneys are recognized in their field for excellence and integrity, and are committed to seeking justice for their clients. Its lawyers are admitted in various state and federal jurisdictions across the United States, including in Texas, New York, Pennsylvania, California, Louisiana, Missouri, Oklahoma, and Illinois. The firm's lawyers collectively have nearly a century of experience handling complex litigation.

**Bruce W. Steckler** has been appointed in a leadership position in multiple significant complex litigations, including:

- *In re Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation,* MDL 2428 (District of Massachusetts);
- *In re Ford Fusion and C-Max Fuel Economy Litigation,* No. 13-MD2450 (S.D.N.Y.);
- *In re Bank Overdraft Fee Litigation,* MDL 2036 (S.D. Fla.);  and
- *In re Chinese Drywall Litigation,* MDL 2047 (E.D. La.).
- *In re Easy Saver*
- *State of Texas Silica Litigation*

Mr. Steckler was also a co-finalist for the "Trial Lawyer of the Year" award in 2012 for his work representing small businesses and individuals against America's largest banks, including Bank of America and JP Morgan Chase, which produced a combined benefit of over $1 billion for the various classes.  Mr. Steckler's legal acumen has won him recognition by D Magazine's "Best Lawyers under 40" feature in 2002 through 2006, and D Magazine's

"Best Lawyers" in 2009 through 2016, and Thompson Reuters as a "Texas Super Lawyer" in 2004 through 2016. Mr. Steckler enjoys an "AV Preeminent" rating by Martindale-Hubbell Law Directory, its highest peer rating. He was selected for the Plaintiff's Hot List in 2011 by the National Law Journal. He was named a finalist for Public Justice Trial Lawyer of the Year 2012, an honor that is awarded to the attorneys who "made the greatest contribution to the public interest within the past year by trying or settling a precedent-setting or socially significant case." He has also been named one of the "Top 100 Trial Lawyers" by the National Trial Lawyers in 2013, 2014 and 2016.

**R. Dean Gresham** has similarly been involved in numerous complex class actions and holds or has held a leadership role in the following class actions, including:

- *Lane's Gifts and Collectibles, LLC v. YAHOO! Inc., Overture Services, Inc., Time Warner Inc., America Online, Inc., Netscape Communications Corp., Ask Jeeves, Inc., Buena Vista Internet Group d/b/a Go.com, Google, Inc., Lycos, Inc. Looksmart, Ltd., and Findwhat.com*, Case No. CV-2005-52-1, in the Circuit Court of Miller County, Arkansas.

    Dean Gresham served as co-lead class counsel in the landmark class action for "Click Fraud" against Google and other search engines. The case resulted in an important reform of the Internet pay-per-click advertising industry. This was the first "click fraud" case filed and Dean Gresham, as well as co-lead class counsel, represented a class of Internet advertisers that alleged they had been charged for illegitimate "clicks" on their online advertisements. The results were as follows:

    - $90 million settlement with Google;
    - $3.9 million settlement with MIVA and Lycos;
    - $2.5 million settlement with Looksmart; and
    - $820,000 settlement with Ask Jeeves.

- *Matt Lovelis, et al. v. Titeflex Corp., Ward Manufacturing, Inc., OmegaFlex, Inc., and Parker Hannifin Corp.*, Case No. CIV-2004-211, in the Circuit Court of Clark County, Arkansas

    Dean Gresham served as co-lead class counsel in the case. The class action alleged that corrugated stainless steel tubing ("CSST"), a popular natural gas conduit used in residential and commercial construction since 1994, was defective and posed an unreasonable risk of fire or explosion in the event a structure in which it was installed was struck by lightning and that the manufacturers failed to warn consumers of the latent danger. The lawsuit was certified as a class action for settlement purposes only and the class was entitled to a benefit valued at over $150 million.

- *Grammer, et al. v. Sunbeam Products, Inc.*, Case No. CV-2004-407-2 in the Circuit Court of Miller County, Arkansas

  Dean Gresham served as co-lead class counsel in the case. The case was certified by the court as a class action. The case was settled after certification and the settlement was valued in excess of $220 million. Plaintiffs alleged that Sunbeam manufactured over 30 million electric blankets that were defectively and likely to fail and cause fires, personal injury and property damage, and that Sunbeam failed to disclose these known dangers to consumers.

- *Crabb, et al. v. GoDaddy.com, Inc., et al.*, Case No. CV10-940-PHX-NVW, in the United States District Court  for the District of Arizona

  Dean Gresham served as counsel for a putative class suing the Internet domain name giant, GoDaddy.com. Plaintiffs alleged that GoDaddy.com committed cyber-trespass and breached the implied duty of good faith and fair dealing by linking Plaintiffs' domain names with a GoDaddy webpage that displays third-party advertising. Plaintiffs claimed that GoDaddy was unjustly enriched as GoDaddy received a portion of all pay-per-click revenue generated by advertising on the domain names registered by the putative class.  The case was resolved in March 2012.

- *Zagami v. Natural Health Trends Corp., et al.*, Case No. 3:06-CV-1654-D, in the United States District Court for the Northern District of Texas, Dallas Division

  Dean Gresham served as liaison class counsel in a securities fraud case filed against Natural Health Trends Corp. and its directors.  The case was resolved by way of class settlement on March 19, 2009.

- *Schuler v. Ebby Halliday Real Estate, Inc.*, Case No. 6:10-CV-00546, in the United States District Court for the Eastern District of Texas, Tyler Division.

  Dean Gresham served as counsel for a putative class of persons who purchased a home from an Ebby Halliday realtor and paid for an American Home Shield Warranty without knowing that the realtor was receiving a kick-back from the warranty company in violation of RESPA and the realtor's fiduciary duty. The case was settled as part of a global settlement in *Abney v. American Home Shield Corp.*, Case No. 2:09-cv-01018-RDP, in the United States District Court for the Northern District of Alabama, Southern Division.

- *Campton v. Ignite Restaurant Group, Inc.*, et al, Case No. 4:12-cv-2196, in the United States District Court for the Southern District of Texas, Houston Division.

  Dean Gresham was appointed by the Court as liaison class counsel in a securities fraud class action arising out of the sale of certain securities issued in connection with the Ignite Restaurant Group, Inc.'s May 10, 2012 initial public offering. The case was settled in 2015.

- *In Re Hyundai and Kia Fuel Economy Litigation*, MDL 2424, in the United States District Court for the Central District of California, Los Angeles Division.

  Dean Gresham represents a Texas class of consumers that purchased or leased certain KIA vehicles with incorrect and inflated miles-per-gallon claims on the vehicles' window stickers. A proposed settlement was approved by the district court that has been appealed to the Court of Appeals for the Ninth Circuit.

- *Lee v. Active Power, Inc.*, et al. Civil Action No. 13-cv-797, in the United States District Court for the Western District of Texas, Austin Division.

  Dean Gresham was appointed by the Court as liaison class counsel in a securities fraud class action arising out of the sale of certain securities issued by Active Power, Inc. and its officers and directors. The case was settled in 2015.

- *In re GM Ignition Switch Recall Litigation*; MDL 2543; pending in the United States Court for the Southern District of New York.

  Dean Gresham represents a putative Texas class of purchasers and lessors of vehicles manufactured by GM from 2005-2011 with defective ignition switches. This litigation is currently pending and Gresham represents the putative Texas Class Representative, Shenyesa Henry.

- *Miller et al. v. Global Geophysical Services, Inc. et al.*, Case No. 4:14-cv-00708, pending in the United States District Court for the Southern District of Texas, Houston Division.

  Dean Gresham was also appointed by the Court as liaison class counsel in a securities fraud class action arising out of the sale of certain securities issued in connection with the Global Geophysical Services, Inc.'s initial public offering. This litigation was successfully resolved in January 2016.

- *Yamany et al. v. Tenet Healthcare Corporation*, Case No. 3:16-CV-3260-C, pending in the United States District Court for the Northern District of Texas

Dean Gresham was also appointed by the Court as liaison class counsel in a securities fraud class action arising out of the sale of certain securities. The litigation remains pending.

Gresham formerly served on the Board of Directors of both the Texas and Dallas Trial Lawyers Associations and has been consistently chosen by his peers as one of the Best Lawyers in Dallas by *D Magazine* (2009-2016) and as a Rising Star and/or SuperLawyer™ by *Law and Politics Magazine*, 2009-2017). Gresham was named as a Top 100 Trial Lawyer by TNTLA and, in 2016, received the Litigator Award which is awarded for superior litigation achievement to only one percent of all lawyers.

**Stuart L. Cochran** has participated as Plaintiffs and/or been named as class counsel in at least 100 proposed or certified consumer class actions, with particular experience in consumer class cases arising out of deceptive advertising, including currently:

- *Wiegand v. One Worlds Foods, Inc. d/b/a Stubbs Legendary B-B-Q*, No. 3:16-cv-01168 (S.D. IL);
- *Tovar v. Drew's LLC,* No. 16-L-313 (St. Clair County, IL);
- *Thornton v. Pinnacle Foods Group, LLC*, No 4:16-cv-00158 (E.D. Mo.);
- *Biffar v. Pinnacle Foods Group, LLC,* No. 3:16-cv-00873 (S.D. IL);
- *Burton v. Hodgson Mill, Inc.,* No. 3:16-cv-01081 (S.D. IL);
- *Murphy v. Stonewall Kitchen, LLC,* No. 1522-cc-0481 (City of St. Louis, MO);
- *Munton v. Method Products, PBC,* No. 3:16-cv-01011 (S.D. IL);
- *Kremmel v. Pacific Foods of Oregon, Inc.,* No. 3:16-cv-00471 (S.D. IL); and
- *York and Teachout v. Andalou Naturals, Inc.*, No. 3:16-cv-00894 (S.D. IL).

Mr. Cochran also serves on the State Bar of Texas Pattern Jury Charge Committee for Business and Consumer cases.

**L. Kirstine Rogers** has participated in prosecuting numerous consumer and complex commercial class actions since joining Steckler Gresham Cochran PLLC. Ms. Rogers was formerly with the United States District Court for the Eastern District of Texas where she served as the career law clerk to the Honorable Don D. Bush from 2007 until 2016. During her tenure, Ms. Rogers researched, briefed and participated in many complex civil cases before the Court, including numerous sophisticated commercial disputes, putative class actions, breach of fiduciary duty and contractual claims and qui tam actions. In assisting the Court with the disposition and trial of civil cases, Ms. Rogers gained extensive experience in compound procedural and substantive issues arising under both state and federal law,

including standing, jurisdiction and immunity. Prior to her service with the Court, from 2001 until 2007, Ms. Rogers was an associate with the trial department of Thompson & Knight LLP, one of the oldest and most respected law firms in Dallas, Texas. There, her practice focused on complex civil cases at both the trial and appellate levels where she represented both companies and individuals in in state and federal court and proceedings before the American Arbitration Association. Ms. Rogers is also a member of the Texas Bar College, an achievement attained by fewer than 10 percent of the lawyers in Texas.

**Braden M. Wayne** leads Steckler Gresham Cochran PLLC's corporate counsel section. Having operated multiple healthcare and retail startups, Braden is an attorney who understands the nuances of business litigation and business transactions. This deep, operational experience forms the bedrock of Braden's practice. His holistic approach leads client's to call on Braden for everything from bet-the-company litigation to financing, equity, and real estate transactions. Braden has been consistently selected by D Magazine as one of Dallas' Best Lawyers Under 40, and by Thomson Reuters as a Rising Star. Prior to joining Steckler Gresham Cochran, PLLC, Braden served as co-chair of the corporate law section at a large, regional firm headquartered in Dallas, and as General Counsel for one of the largest diamond and jewelry retailers and wholesalers in the country.

**Stefani S. Eisenstat** has more than twenty years of litigation experience in a broad variety of business, securities, and commercial cases. She has successfully represented banks, brokerage firms, commercial property owners, real estate developers, corporations, and small business owners. For many years, she focused her practice on securities litigation and arbitration and SEC investigations. She has defended numerous brokerage firms in cases involving alleged SEC and state securities violations, as well as both targets and witnesses in SEC investigations. She has also represented numerous plaintiffs in securities fraud litigation.