UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN ARDEN AHNEFELDT, ROBERT BROWER, JR., ROBERT BROWER, SR., KHANH L. BUI, JIGNESH CHANDARANA, KRUITIKA CHANDARANA, AMIRA YOUSUF CHOWDHURY, CHRISTOPHER COLIGADO, DANIEL GAD, EDWIN HOWELL, SIOE LIE HOWELL, DARREN HUNTING, ANNE INGLEDEW, SHITAL MEHTA, THOMAS CARL RABIN, ADAM SHULTZ, AMIT SOMANI, JAYAPRAKASH SRINIVASAN, AARTHI SRINIVASAN, CHRISTOPHER SWEDLOW and ALEXANDRE TAZI, On Behalf of Themselves and All Others Similarly Situated, | Case No.  4:20-cv-02539 <br><br> CLASS ACTION |
| Plaintiffs, | |
| v. | |
| DAVID DICKSON, STUART A. SPENCE, and CHRISTOPHER A. KRUMMEL, | |
| Defendants. | |

**DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN SUPPORT OF THE
MOTION PURSUANT TO §78u-4(a)(3)(B)
BY THE NOVA SCOTIA HEALTH EMP[LOYEES' PENSION PLAN,
COURT-APPOINTED §10(B) LEAD PLAINTIFF IN
THE RELATED *EDWARDS* ACTION**

I, Matthew L. Tuccillo, Esq., hereby declare as follows:

1.      I am over 21 years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the matters set forth herein, and if called upon, I could and would competently testify thereto.

1

2.      I am a Partner at the law firm Pomerantz, LLP, Court-appointed §10(b) Lead Counsel to §10(b) Lead Plaintiff Nova Scotia Health Employees' Pension Plan ("NSHEPP" or "§10(b) Lead Plaintiff").   I am the primary attorney handling litigation of the claims arising under §10(b) of the Securities Exchange Act of 1934 ("Exchange Act') in the above-captioned *Edwards v. McDermott Int'l, Inc.*, No. 4:18-cv-4330-GCH (S.D. Tex.) (the "*Edwards* Action") for my firm, Pomerantz LLP ("§10(b) Lead Counsel").   I submit this Declaration in further support of §10(b) Lead Plaintiff's Motion pursuant to §78u-4(a)(3)(B) in the above-captioned *Ahnefeldt* action.

3.      I am a member in good standing of the Bars of the States of New York and Connecticut and the Commonwealth of Massachusetts.  I am also a member in good standing of the Bar of the Supreme Court of the United States, the Bars of the Second and Ninth Circuit Courts of Appeal, and the Bars of the United States District Courts for the District of Connecticut, Northern District of Illinois, District of Massachusetts, Southern and Eastern Districts of New York, and Southern District of Texas.

4.      On June 10, 2020, one of the *Ahnefeldt* plaintiffs, Daniel Gad, contacted my firm and submitted a "Certification Pursuant to Federal Securities Law" via a communication, a true and correct copy of which is attached hereto as Exhibit 1 (with personal information redacted). This communication was one of an ongoing series of similar communications by the *Ahnefeldt* plaintiffs to at least **ten** lawyers at **five** law firms during February – June 2020 seeking to find someone to take on their case.

5.      The purported PSLRA notice in the above-captioned *Ahnefeldt* action was already filed with the Court.  *See Edwards* Dkt. No. 148-2.

6.      Attached hereto as the exhibits indicated are true and correct copies of the

following:

Exhibit 2:    Shareholder Certification executed on behalf of NSHEPP;

Exhibit 3:    Chart reflecting the financial interest of NSHEPP in the Action; and

Exhibit 4:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 16, 2020 at Fairfield, Connecticut.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on September 16, 2020, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing:

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo