# EXHIBIT 1

**robert willoughby**

---

| | |
|---|---|
| **From:** | Daniel Gad <noreply@jotform.com> |
| **Sent:** | Wednesday, June 10, 2020 7:18 PM |
| **To:** | robert willoughby; jack lo; Front Desk; pomerantzllp2@gmail.com |
| **Subject:** | Re: McDermott International, Inc. CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW - Daniel Gad |

### McDermott International, Inc. CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

Print Name   Daniel Gad

Acquisitions:

| Date Acquired MM/DD/YYYY | Number of Shares Acquired | Price per Share Acquired |
|---|---|---|
| 05/02/2018 | 1751 | 36.41 |
| 06/04/2018 | 231 | 21.42 |
| 08/15/2018 | 110 | 18 |
| 10/12/2018 | 88 | 16.01 |
| 10/12/2018 | 100 | 16.01 |
| 10/31/2018 | 1358 | 7.32 |
| 02/13/2019 | 1414 | 7.10 |
| 05/23/2019 | 448 | 6.18 |
| 08/28/2019 | 1500 | 4.50 |
| 09/19/2019 | 1000 | 1.68 |
| 10/24/2019 | 2665 | 1.67 |
| 10/24/2019 | 400 | 1.68 |
| 10/30/2019 | 935 | 1.66 |
| 11/15/2019 | 4000 | 0.70 |
| 12/31/2019 | 4000 | 0.70 |

Sales: (if none, write '0')

| Number of Shares Sold |
|---|
| 0 |

Message (optional)   I was a CB&I (Chicago Bridge & Iron) shareholder which my shares merged to MDR (Mcdermott International) Shares merged was 1751, and I bought bunch of shares from 2018-2019 to lower my cost. I currently own 20,000 shares.

1

| | |
|---|---|
| Draw your signature using your mouse. |  |
| Full Name | Daniel Gad |
| E-mail | ██████████████ |
| | USA |
| Address | Street Address: ████████ City: ██████ State / Province: ████ Postal / Zip Code: ███ Country: ████ |
| Phone Number | ██████ |

You can edit this submission and view all your submissions easily.