# EXHIBIT 2

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.    I, Stefan Cowell, on behalf of the Nova Scotia Health Employees' Pension Plan ("NSHEPP"), as Chief Executive Officer, with authority to enter into litigation on behalf of NSHEPP, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.    On June 4, 2019, NSHEPP was appointed as lead plaintiff to oversee all class-wide claims on behalf of McDermott International, Inc. ("McDermott") investors arising under Section 10(b) of the Exchange Act in the consolidated securities class action captioned *Edwards v. McDermott International, Inc. et al.*, 4:18-cv-04330 (S.D. Tex.) (the "*Edwards* Action"). On October 4, 2019, reflecting developments that occurred up to the week prior, NSHEPP filed an Amended Complaint in the *Edwards* Action, pursuing remedies under Section 10(b) of the Exchange Act on behalf of all persons and entities who acquired McDermott common stock between December 18, 2017 and September 17, 2019, both dates inclusive (the "*Edwards* Class Period").

3.    On July 17, 2020, another securities class action was filed on behalf of McDermott investors and captioned *Ahnefeldt et al. v. Dickson et al.*, 4:20-cv-02538 (S.D. Tex.) (the "*Ahnefeldt* Action"). The *Ahnefeldt* Action seeks to pursue remedies under Section 10(b) of the Exchange Act on behalf of all persons or entities who acquired McDermott common stock between September 20, 2019 and January 23, 2020 (the "*Ahnefeldt* Class Period") – a period starting just three days after the *Edwards* Class Period. Counsel for the plaintiff in the *Ahnefeldt* Action caused to be published a notice of pendency, purportedly pursuant to the PSLRA, advising investors of a September 16, 2020 deadline to seek appointment as lead plaintiff in the *Ahnefeldt* Action.

4.    I have reviewed the Complaint in the *Ahnefeldt* Action. The Amended Complaint in the *Edwards* Action and the Complaint in the *Ahnefeldt* Action both allege substantively similar claims arising under Section 10(b) of the Exchange Act on behalf of investors who acquired

1

McDermott common stock during overlapping time periods, against overlapping Defendants. Accordingly, on behalf of NSHEPP, I have authorized Lead Counsel, Pomerantz LLP, to pursue a motion to consolidate the *Ahnefeldt* Action and the *Edwards* Action into a single action (the "Consolidated Action") with an operative class period extending from December 18, 2017 through January 23, 2020, both dates inclusive (*i.e.*, encompassing both the *Edwards* Class Period and the *Ahnefeldt* Class Period) (the "Consolidated Class Period") and to vacate the September 16, 2020 lead plaintiff deadline in the *Ahnefeldt* Action (the "Consolidation Motion").  As of the date that this Certification is signed, the Consolidation Motion (Dkt. No. 147) remains pending.

5.     Accordingly, in order to preserve NSHEPP's rights and to protect the interests of the McDermott investors that NSHEPP represents in the *Edwards* Action, to whom important protections extend due to NSHEPP's and Lead Counsel's efforts in McDermott's bankruptcy proceeding, I now authorize the filing of a motion on NSHEPP's behalf seeking to reconfirm NSHEPP's role as Court-appointed lead plaintiff for the contiguous class period alleged in the *Ahnefeldt* Action, without prejudice to the relief sought in the Consolidation Motion.

6.     NSHEPP did not purchase or acquire McDermott securities at the direction of Lead Counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

7.     NSHEPP is willing to serve as a representative party on behalf of a class of investors who purchased or acquired McDermott securities during the Consolidated Class Period (as defined in ¶4 above), including by filing a further amended complaint and by providing testimony at deposition and trial, if necessary.  I understand that the Court must first decide NSHEPP's Consolidation Motion, and, thereafter, if necessary, has authority to select the most adequate lead plaintiff in the *Ahnefeldt* Action.

8.     To the best of my current knowledge, the attached sheet lists all of NSHEPP's transactions in McDermott securities during the Consolidated Class Period.

9.     During the three-year period preceding the date on which this Certification is signed, NSHEPP has served as a representative party in the following action:

- *Edwards v. McDermott International, Inc. et al.*, 4:18-cv-04330 (S.D. Tex.).

10.   During the three-year period preceding the date on which this Certification is signed, NSHEPP has sought to serve, but was not appointed, as a representative party in the following actions:

- *In re The Chemours Company Securities Litigation*, 1:19-cv-01911 (D. Del.);

- *Melucci v. Corcept Therapeutics Incorporated et al.*, 5:19-cv-01372 (N.D. Cal.); and

- *In re Aegean Marine Petroleum Network Inc. Securities Litigation*, 1:18-cv-04993 (S.D.N.Y.).

11.   NSHEPP agrees not to accept any payment for serving as a representative party in any class action on behalf of McDermott investors beyond its *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

12.   If the Court so orders, NSHEPP is willing to work with one or more sub-class representatives that can be put forward by Lead Counsel in a future class certification motion in the *Edwards* action to provide additional, non-lead plaintiff oversight concerning the Exchange Act Section 10(b) claims to the extent they arise solely from alleged misstatements during the *Ahnefeldt* Class Period.

13.   I declare under penalty of perjury that the foregoing is true and correct.

Executed ___September 16___, 2020

_____
(Signature)
Stefan Cowell
Chief Executive Officer
Nova Scotia Health Employees' Pension Plan

**Schedule A to Supplemental Certification of Nova Scotia Health Employees' Pension Plan**
**List of Purchases and Sales During Class Period of 12/18/2017 - 1/23/2020**

**McDermott International, Inc. (MDR)**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 5/14/2018 | Purchase | 25,052 | $20.6700 |
| 5/14/2018 | Sale | 1 | $21.9640 |