# EXHIBIT 3

**McDermott International, Inc. (MDR)**
**Class Period: December 18, 2017 – January 23, 2020**
**Nova Scotia Health Employees' Pension Plan ("NSHEPP")**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| NSHEPP | 5/14/2018 | 25,052 | $20.6700 | ($517,819) | 5/14/2018 | (1) | $21.9640 | $16 | | |
| NSHEPP | | | | | 1/27/2020 | (25,051) | $0.0795 | $1,992 | | |
| **NSHEPP** | | **25,052** | | **($517,819)** | | **(25,052)** | | **$2,008** | | **($515,812)** |