**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JOHN ARDEN AHNEFELDT, ROBERT BROWER, JR., ROBERT BROWER, SR., KHANH L. BUI, JIGNESH CHANDARANA, KRUITIKA CHANDARANA, AMIRA YOUSUF CHOWDHURY, CHRISTOPHER COLIGADO, DANIEL GAD, EDWIN HOWELL, SIOE LIE HOWELL, DARREN HUNTING, ANNE INGLEDEW, SHITAL MEHTA, THOMAS CARL RABIN, ADAM SHULTZ, AMIT SOMANI, JAYAPRAKASH SRINIVASAN, AARTHI SRINIVASAN, CHRISTOPHER SWEDLOW and ALEXANDRE TAZI, on Behalf of Themselves and All Others Similarly Situated, | Case No.:  4:20-cv-02539<br><br>CLASS ACTION |
| Plaintiffs, | |
| v. | |
| DAVID DICKSON, STUART A. SPENCE, and CHRISTOPHER A. KRUMMEL, | |
| Defendants. | |

**DECLARATION OF IVY T. NGO IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Ivy T. Ngo, hereby declare as follows:

1.     I am Of Counsel with Roche Cyrulnik Freedman LLP ("RCF"), counsel on behalf of Majid Alghaslan ("Movant"), and have personal knowledge of the facts set forth herein.

2.     I make this Declaration in support of Movant's motion for appointment as Lead Plaintiff for the Class and approval of his selection of RCF as Lead Counsel for the Class.

3.     Attached hereto as the exhibits indicated are copies of the following:

**Exhibit A**:     July 10, 2020 email exchange between Movant and Kevin Hargrove.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts and true and correct.

Executed this 7th day of October, 2020 at Lakewood, Colorado.

/s/ Ivy T. Ngo
Ivy T. Ngo

2

# EXHIBIT A

**From:** Majid Alghaslan ████████████████
**Sent:** Monday, September 21, 2020 7:25 AM
**To:** Majid Alghaslan
**Subject:** Fwd: RE: Investor in McDermott

Regards,
Majid Alghaslan

Sent from ProtonMail Mobile

---------- Forwarded message ----------
From: Majid Alghaslan ████████████████
Date: On Fri, Jul 10, 2020 at 6:44 PM
Subject: Fwd: RE: Investor in McDermott
To: Hargrove, Kevin ████████████████
Cc:
Hi Kevin,

That's not compliant with the SEC laws where whatever is left after paying overdue vendors and lenders, balance proceed need to be given to the shareholders. This is what the SEC law states.

Regards,
Majid Alghaslan

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, July 10, 2020 6:13 PM, Hargrove, Kevin ████████████████████████ wrote:

Majid,

Through the bankruptcy plan that was filed and approved, the prior shares have been cancelled with zero value attributed to them.  New shares are not to be granted to the prior shareholders.

Best,

Kevin

1

**From:** Majid Alghaslan ██████████████████
**Sent:** Friday, July 10, 2020 9:36 AM
**To:** Hargrove, Kevin ██████████████████
**Subject:** RE: Investor in McDermott

Hello Kevin,

Thank you for your prompt response.  I want to clarify that I was a shareholder prior to the company's bankruptcy.  Are you stating that all prior share holders are wiped out?   Or their is an internal company process that will constitute the issuing of new shares ?

Regards,

Majid Alghaslan

Sent with ProtonMail Secure Email.

------- Original Message -------

On Friday, July 10, 2020 5:30 PM, Hargrove, Kevin ██████████████████ wrote:

> Hi Majid,
>
> The prior shares of MDRIQ have been cancelled upon emergence in accordance with the approved bankruptcy plan.  Following cancellation the shares have zero value.
>
> New shares of the reorganized McDermott are to be issued, however under the company's plan of reorganization, the new shares are issued to certain of the company's prior lenders and noteholders.

2

Best Regards,

Kevin

**From:** Majid Alghaslan <span style="background:black">████████████████</span>

**Sent:** Friday, July 10, 2020 8:12 AM

**To:** Hargrove, Kevin <span style="background:black">████████████████</span>

**Subject:** Investor in McDermott

Greetings,

I am an investor in McDermott International with 2,268,000 shares, before the Company was taken through bankruptcy.  I would like to know from McDermott what happened to my shares? given that the company now has exited it's Chapter 11 process.

Regards,

Majid Alghaslan

Sent with [ProtonMail](#) Secure Email.

This transmission is CONFIDENTIAL and the information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received the transmission in error, please immediately notify us by e-mail and/or telephone, and delete the transmission and any attachments from your mailbox. Thank you

3