# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | )     Case No. 20-30336 (DRJ) |
| MCDERMOTT INTERNATIONAL, INC., *et al.*, | )     Chapter 11 |
| | ) |
| Debtors | )     (Joint Administration) |

**NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY
RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS**

The Coligado Shareholder Group, shareholders and creditors in the above case, hereby request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon its attorney of record, as follows:

Coligado Shareholder Group
c/o Baker & Associates
950 Echo Lane, Suite 300
Houston, TX 77024
Email: igo@bakerassociates.net

This request includes but is not limited to all notices, copies and pleadings referred to Title 11, United States Code and the Federal Bankruptcy Rules, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. This request specifically includes copies of all disclosure statements and reorganization plans.

Dated: February 21, 2020

*/s/ Reese W. Baker*

Reese W. Baker
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
Email: igo@bakerassociates.net

Counsel for Coligado Shareholders Group

1