United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIRIAM EDWARDS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-4330 |
| § | |
| MCDERMOTT INTERNATIONAL, INC., § *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Plaintiff Nova Scotia Health Employees' Pension Plan's "Motion to Consolidate Cases and to Vacate Additional Notice and Lead Plaintiff Deadline." The motion (Dkt. 147) is **GRANTED IN PART AND DENIED IN PART**. This case is **CONSOLIDATED** with *Ahnefeldt et al. v. Dickson et al.*, No. 4:20-CV-2539, under cause number 4:18-CV-4330. However, at this time the Court will **DENY** Nova Scotia's request that the Court vacate the notice issued by the *Ahnefeldt* plaintiffs to investors and issue a corrective notice. An opinion will follow.

SIGNED at Houston, Texas, this 31st day of March, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE