**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| John Arden Ahnefeldt, et al. | § § | |
| *versus* | § § | Case Number: 4:20−cv−02539 |
| David Dickson, et al. | § | |

# Notice of Cancellation

The Initial Conference set for 5/12/2021 at 10:00 AM is cancelled.

Date: May 11, 2021

Nathan Ochsner, Clerk