UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN ARDEN AHNEFELDT, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-2539 |
| | § | |
| DAVID DICKSON, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

This lawsuit has been consolidated with *Edwards et al. v. McDermott International, Inc. et al.*, No. 4:18-CV-4330, under the *Edwards* cause number. (Dkt. 43).[1] Pending before the Court are several motions for the appointment of a lead plaintiff in this case. To the extent that the consolidation with the *Edwards* lawsuit has not mooted those motions, the motion filed by Plaintiff Nova Scotia Health Employees' Pension Plan (Dkt. 25) is **GRANTED**. The other motions (Dkt. 19, Dkt. 21, Dkt. 23, and Dkt. 24) are **DENIED**.

SIGNED at Houston, Texas, this 29th day of September, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] All docket citations in this order refer to the corresponding docket entries in the *Ahnefeldt* case, No. 4:20-CV-2539.